UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 01-cv-1635-EWN-OES

U.S. BANK NATIONAL ASSOCIATION,

        Plaintiff,

vs.

SGB CORPORATION d/b/a WESTAMERICA MORTGAGE CO.; RICHARD P. GEORGE; ROBERT J. SANTOSTEFANO; and LAURENCE J. BRYAR,

        Defendants.

## ORDER

THIS MATTER, having come before the Court on the parties' Joint Motion to Dismiss with Prejudice, and the Court being fully advised of the premises, it is hereby Ordered that the Motion is GRANTED. All claims and counterclaims asserted in this action shall be, and hereby are, dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Done in Open Court this  30th  day of August, 2005.

        BY THE COURT:


        s/Edward W. Nottingham
        United States District Court Judge